IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| **SHREE YOGI ONE, LLC** | ) | |
| | ) | **Case No. 1:24-cv-00008** |
| v. | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **ERIE INSURANCE COMPANY** | ) | |

# O R D E R

As directed by Rule 5(d)(1) of the Federal Rules of Civil Procedure, initial disclosures under Rule 26(a)(1) and (2) and discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing. Fed. R. Civ. P. 5(d)(1); *see also* Advisory Committee Notes to 2000 amendments (discovery requests include deposition notices). Defendant's filing of notices of service of initial disclosures (Docket No. 14) and of service of discovery requests propounded to Plaintiff (Docket No. 15) do not comport with Rule 5(d)(1).

No further discovery notices or other discovery shall be filed by any party in this case without a proper purpose, such as in connection with a summary judgment motion, a permitted discovery motion, or order of the Court. The Court will strike any additional improper discovery filings and will consider other appropriate relief.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge